UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 19  AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

KATHY NEEDS and STEVE NEEDS,

    Plaintiffs,

v.                                    Case No. 04-2034-Ma

CREATIVE RESTAURANTS, INC.,
d/b/a CREATIVE RESTAURANT
SERVICES/RUM BOOGIE CAFÉ, INC.,

    Defendant.

# JUDGMENT

This action came on for trial before the Court and a jury on April 18, 2005, the Honorable Samuel H. Mays, Jr., U.S. District Judge, presiding;

On April 20, 2005, after due deliberation and consideration of the proof presented, the jury returned a verdict as follows:

That defendant Rum Boogie Café was negligent and that said negligence was a legal cause of Plaintiff Kathy Needs' claimed injuries and losses.

That plaintiff Kathy Needs was negligent and that said negligence was a legal cause of Plaintiff Kathy Needs' claimed injuries and losses.

That the percentage of fault attributed was thirty-five (35%) percent as to plaintiff Kathy Needs and sixty-five (65%) percent as to defendant Rum Boogie Café.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

34

    That the amount of damages sustained by plaintiff Kathy Needs is $18,000.00 and the amount of damages sustained by plaintiff Steve Needs is Zero.

    A Satisfaction and Release of Judgment has been duly executed and filed by Plaintiffs on May 31, 2005, and this case may be dismissed.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 18, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02034 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Rory A. Jones
LAW OFFICE OF RORY A. JONES
P.O. Box 1097
Boise, ID 83701

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Matthew C. Hardin
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Joseph M. Clark
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT